UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>S. SABO, ET AL.,<br><br>                Defendant(s). | Case No. CV 20-1373-PA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the Motion to Dismiss filed by defendants Farley, McEwen, Josephs, and Chaffe ("Moving Defendants"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Moving Defendants' Motion to Dismiss defendant Chaffe from the Fourth Amended Complaint is DENIED.

Dated: June 3, 2022

                                                        PERCY ANDERSON<br>
                                                        United States District Judge