JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

                        Plaintiff,

          v.

S. SABO, ET AL.,

                        Defendant(s).

Case No. CV 20-1373-PA (KK)

MEMORANDUM AND ORDER
DISMISSING ACTION WITHOUT
PREJUDICE

      On December 29, 2022, the Court revoked Plaintiff's in forma pauperis status because Plaintiff knowingly omitted relevant financial information from his amended application for in forma pauperis status.  ECF Docket No. ("Dkt.") 111.  Plaintiff was ordered to pay the filing fee in full within thirty days.  Plaintiff was expressly warned failure to timely pay the filing fee "**will result in dismissal of this action without prejudice.**"  Id. at 8 (emphasis in original).

      On February 7, 2022, Plaintiff was granted an additional thirty days, until March 2, 2023, to pay the filing fee.  Dkt. 120.  Plaintiff was once again expressly warned that "**his failure to timely pay the filing fee will result in dismissal of this action without prejudice.**"  Id. (emphasis in original).

///

///

1    Plaintiff has failed to timely pay the full filing fee.  Accordingly, this case is

2 HEREBY ORDERED DISMISSED without prejudice.

3

4 Dated:  March 3, 2023

5                                    _____
                                    PERCY ANDERSON

6                                    United States District Judge

7

Presented by:

8

9    _____

10 KENLY KIYA KATO
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28